UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MC ASSET RECOVERY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06-CV-0417-BBM |
| | ) | |
| THE SOUTHERN COMPANY, | ) | |
| | ) | <u>JURY TRIAL DEMANDED</u> |
| Defendant. | ) | |
| | ) | |

## RESPONSE OF PLAINTIFF MC ASSET RECOVERY, LLC IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, Plaintiff MC Asset Recovery, LLC hereby submits its Response in Opposition to Defendant's Motion for Summary Judgment and accompanying documents and evidence.

In support of this response, Plaintiff submits contemporaneously herewith the following:

1. Brief Of MC Asset Recovery, LLC In Opposition Defendant's Motion For Summary Judgment;

2. Plaintiff's Response To The Southern Company's Statement Of Material Facts In Support Of Its Motion For Summary Judgment;

3. Plaintiff's Statement Of Additional Summary Judgment Facts; and

HOU:2861598.1

4. Appendix Of Exhibits In Support Of Plaintiff's Response To Defendant's Motion For Summary Judgment, And In Support Of Plaintiff's Statement Of Additional Summary Judgment Facts.

WHEREFORE, Plaintiff requests that the Court deny Defendant's Motion for Summary Judgment and for such other relief to which it is entitled.

Respectfully submitted, this 20th day of October, 2008.

By: */s/ Nathan L. Garroway*
    Charles E. Campbell
    Georgia Bar No. 106100
    Nathan Lewis Garroway
    Georgia Bar No. 142194
    **MCKENNA LONG & ALDRIDGE LLP**
    303 Peachtree St., N.E., Suite 5300
    Atlanta, Georgia 30308
    Telephone: (404) 527-4000
    Facsimile: (404) 527-4198
    ccampbell@mckennalong.com
    ngarroway@mckennalong.com
    Richard H. Caldwell
    Texas Bar No. 03631000
    Robin Russell
    Texas Bar No. 17424001
    **ANDREWS KURTH LLP**
    600 Travis, Suite 4200
    JPMorgan Chase Tower
    Houston, Texas 77002
    Telephone: (713) 220-4200
    Facsimile: (713) 220-4285
    rcaldwell@andrewskurth.com
    rrussell@andrewskurth.com

    **Attorneys for MC Asset Recovery, LLC**

## CERTIFICATE UNDER LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing pleading is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(B).

Respectfully submitted, this 20th day of October, 2008.

>By: */s/ Nathan L. Garroway*
>Nathan Lewis Garroway
>Georgia Bar No. 142194
>**McKenna Long & Aldridge LLP**
>303 Peachtree St., N.E., Suite 5300
>Atlanta, Georgia 30308
>Telephone: (404) 527-4000
>Facsimile: (404) 527-4198
>ngarroway@mckennalong.com

# CERTIFICATE OF SERVICE

This is to certify that on October 20, 2008, I filed the within and foregoing **MC Asset Recovery, LLC's Response of Plaintiff MC Asset Recovery, LLC in Opposition to Defendant's Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Christopher S. Anulewicz | W. Scott Locher |
| Michael J. Bowers | Janine Cone Metcalf |
| Charles E. Campbell | Ryan Preston Reavis |
| Gordon Lee Garrett, Jr. | Robin Russell |
| Nathan L. Garroway | |
| David Craig Kiernan | |

/s/ Nathan L. Garroway
Nathan L. Garroway
Georgia Bar No. 142194

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)
ngarroway@mckennalong.com

*Attorney for Plaintiff*

HOU:2861598.1