# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MC Asset Recovery, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| vs. | ) 1:06-CV-0417-BBM |
| The Southern Company, | ) |
| Defendant. | ) |

## REPLY OF THE SOUTHERN COMPANY
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and LR 56.1, Southern hereby replies to MCAR's response to Southern's Motion for Summary Judgment.

In support of this Reply, Southern submits the following documents:

- Reply Brief in Support of The Southern Company's Motion for Summary Judgment;

- Response of The Southern Company to Plaintiff's Statement of Additional Summary Judgment Facts; and

- The Southern Company's Appendix of Evidentiary Material in Support of Defendant's Reply ("SRA").

In connection with its Reply, Southern uses the following reference protocols:

ATI-2351822v1

- The term "Mirant" shall refer to Southern Energy, Inc. ("SEI"), SEI Holdings, Inc., Mirant Corporation, their predecessors, and their subsidiaries.

- The acronyms "MSF" shall refer to MCAR's Statement of Additional Facts; "SSF" shall refer to Southern's Statement of Material Facts; "MSSF" shall refer to MCAR's Response to Southern's Statement of Material Facts; "SA" shall refer to the Appendix of Evidentiary Materials filed with Southern's Motion for Summary Judgment; MA refers to MCAR's Appendix; and "SRA" shall refer to the Appendix filed with this Reply.

- "Memo" shall refer to Southern's opening memorandum in support of its Motion for Summary Judgment.

- "Opp." shall refer to MCAR's brief in opposition to Southern's Motion for Summary Judgment.

- "Doc." shall refer to docket entries in this case.

In its Response, MCAR concedes or fails to respond to many of the independent grounds for summary judgment set forth in Southern's opening brief, thereby forfeiting any opposition to those grounds:

- § I.A.1(b), n.4 (Series B Redemption). MCAR did not respond to Southern's argument that the Series B Redemption was made for valuable consideration because Mirant received its previously-issued share of Series B stock.

- § I.A.1(c) (Separation Agreement Transfers). MCAR did not respond to Southern's argument that because contracts and releases are supported by valuable consideration, the Separation Agreement Transfers were not constructively fraudulent transfers.

- § I.A.1(c), n.5 (Turbine Transfers). MCAR concedes in its brief at page 2, n.2 that it is "no longer pursuing" the fraudulent transfer claim with regard to the Turbine Transfers.

- § I.A.2 (Turbine Transfers). *See* above.

- § II.B (Turbine Transfers). MCAR did not respond to Southern's argument that the Delaware Illegal Dividend statute does not apply to Turbine Transfers.

- § III.A.1, n.11 (Turbine Transfers). MCAR did not respond to Southern's argument regarding MCAR's authorization to bring an aiding and abetting claim based on turbine commitments.

- § IV.A, n.19 (Turbine Transfers). MCAR did not respond to Southern's argument regarding MCAR's authorization to bring an unjust enrichment claim based on turbine commitments.

- § IV.B (Separation Agreements and Turbine Transfers). MCAR conceded that it is no longer pursuing unjust enrichment claims with respect to the Separation Agreement Transfers or the Turbine Transfers.

- § V (Alter Ego). MCAR concedes in its brief at page 2, n.2 that it is "no longer pursuing" the alter ego claim.

As MCAR did not respond to or contest these issues, Southern does not address them in its Reply Brief.

This 8th day of December, 2008.    /s/ G. Lee Garrett, Jr.
G. Lee Garrett, Jr.
(Georgia Bar No. 286519)
Janine C. Metcalf
(Georgia Bar No. 503401)
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
ggarrett@jonesday.com
jmetcalf@jonesday.com

-and-

Gregory M. Gordon
(Texas State Bar No. 08435300)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
gmgordon@jonesday.com

- and -

Michael J. Bowers
  (Georgia Bar No. 071650)
Christopher S. Anulewicz
  (Georgia Bar No. 020914)
Marlie McDonnell
  (Georgia Bar No. 489804)
BALCH & BINGHAM
30 Allen Plaza, Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
mbowers@balch.com
canulewicz@balch.com
mmcdonnell@balch.com

ATTORNEYS FOR THE SOUTHERN COMPANY

# CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2008, I electronically filed the foregoing REPLY OF THE SOUTHERN COMPANY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Charles E. Campbell
Nathan Lewis Garroway
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308-3201
ccampbell@mckennalong.com
ngarroway@mckennalong.com

I hereby certify that I have caused to be served the above-mentioned document by Federal Express, postage pre-paid to:

Richard H. Caldwell
Robin Russell
W. Scott Locher
Andrews Kurth LLP
600 Travis Street
Suite 4200
Houston, Texas 77002

/s/ G. Lee Garrett, Jr.
An Attorney for The Southern Company

ATI-2351822v1